**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| UNITED STATES *ex rel.* KAREN BLOOMFIELD, </br></br>     Relator/Plaintiff, </br></br> v. </br></br> ENGINEERED STRUCTURES, INC., </br></br>     Defendant. | ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 1:22-cv-00789-DJN-IDD |

## DEFENDANT ENGINEERED STRUCTURES, INC.'S MOTION TO DISMISS

Defendant Engineered Structures, Inc., by counsel, respectfully submits this Motion to Dismiss the Complaint filed by Karen Bloomfield pursuant to Federal Rules of Civil Procedure 8(a), 9(b), and 12(b)(6). The grounds and authorities supporting this Motion are set forth in the accompanying Memorandum of Law.

Dated: May 14, 2024

Respectfully Submitted,

*/s/ Jason M. Crawford*
Jason M. Crawford, VA Bar No. 83781
Amy O'Sullivan, VA Bar No. 44267
Agustin D. Orozco (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
JCrawford@crowell.com
AOSullivan@crowell.com
AOrozco@crowell.com

*Counsel for Defendant Engineered Structures, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 14th day of May 2024, I electronically filed the foregoing using the Court's NextGen CM/ECF system, which caused service on all counsel of record.

      /s/ *Jason M. Crawford*
Jason M. Crawford, VA Bar No. 83781
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
JCrawford@crowell.com

*Counsel for Defendant Engineered Structures, Inc.*