**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES *ex rel.* | ) | |
| KAREN BLOOMFIELD, | ) | |
| | ) | |
| Relator/Plaintiff, | ) | |
| | ) | Civil Action No. 1:22-cv-00789-DJN-IDD |
| v. | ) | |
| | ) | |
| ENGINEERED STRUCTURES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

**THIS MATTER** having come before the Court on a Motion to Dismiss by Defendant

Engineered Structures, Inc., and the Court having reviewed and considered the Motion,

Memorandum in Support of the Motion, and any opposition and reply thereto; and for good

cause shown;

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that Defendant Engineered Structures, Inc.'s Motion to Dismiss is hereby

**GRANTED**, and it is further,

**ORDERED** that all claims against Engineered Structures, Inc. be, and they hereby are,

dismissed in their entirety with prejudice.

Copies to All Counsel of Record