IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES *ex rel.* KAREN BLOOMFIELD, <br><br> Relator/Plaintiff, <br><br> v. <br><br> ENGINEERED STRUCTURES, INC., <br><br> Defendant. | Civil Action No. 1:22-cv-00789-DJN-IDD |

**[PROPOSED] ORDER**

**THIS MATTER** having come before the Court of its own accord, and the Court having reviewed and considered the parties Joint Stipulation Regarding Venue, in which the parties have stipulated to venue in this district, thereby making their chosen forum one "to which all parties have consented," 28 U.S.C. § 1404(a);

**IT IS** on this _____ day of _____, 2024,

**ORDERED** that the venue in the United States District Court for the Eastern District of Virginia is proper.

_____
David J. Novak
United States District Judge

Copies to All Counsel of Record.