IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA *ex rel.*
KAREN BLOOMFIELD,
    Plaintiff,

v.                                                                                      Civil No. 1:22cv789 (DJN)

ENGINEERED STRUCTURES, INC.,
    Defendant.

## ORDER
### (Denying Motion to Dismiss)

This matter comes before the Court on Defendant ESI's Motion to Dismiss (ECF No. 41), moving the Court to dismiss all three counts of Plaintiff's Amended Complaint (ECF No. 31). For the reasons set forth in the Memorandum Opinion accompanying this Order, the Court hereby DENIES the Motion to Dismiss (ECF No. 41).

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                                    /s/
                                        David J. Novak
                                        United States District Judge

Alexandria, Virginia
Dated: October 29, 2022