IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* KAREN BLOOMFIELD,<br><br>*Plaintiff-Relator*,<br><br>v.<br><br>ENGINEERED STRUCTURES, INC.,<br><br>*Defendant*. | Civil Action No. 1:22-cv-00789-DJN-IDD |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

Plaintiff-Relator, Karen E. Bloomfield ("Relator), and Defendant, Engineered Structures, Inc. ("Defendant" or "ESI"), by and through their respective counsel, hereby respectfully notify the Court that the United States of America (the "United States"), the Relator and the Defendant have entered into a settlement agreement (hereinafter the "Settlement Agreement") that resolves all claims brought pursuant to the False Claims Act ("FCA"), 31 U.S.C. § 3730 *et seq.* The Settlement Agreement requires Defendant to make an agreed-upon payment to the United States and a separate agreement (the "Side Agreement") requires Defendant to make an agreed-upon payment to Relator's counsel to satisfy claims for attorneys' fees and expenses under 31 U.S.C. § 3730(d).[1]

---

[1] As the parties have reached agreement regarding all material terms, including the amount of attorneys' fees and expenses to be paid by Defendant, the United States, Relator and Defendant respectfully submit that the proposed Order attached as Exhibit "A" can be entered by the Court and the hearing scheduled for November 17, 2025 can be taken off calendar at this time.

Pursuant to 31 U.S.C. § 3730(b)(1), Federal Rule of Civil Procedure 41(a), and the terms and conditions of the parties' Settlement Agreement, Relator and Defendant hereby stipulate, consent and agree to the entry of an order providing as follows:

1. As to the Relator, all claims are dismissed with prejudice; and
2. As to the United States, the claims are dismissed with prejudice as to the Covered Conduct, as defined in Recital C of the Settlement Agreement, and otherwise without prejudice.

Relator, Defendant and the United States have agreed that the Court shall specifically retain and reserve jurisdiction to enforce the terms of the Settlement Agreement and Side Agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

The United States hereby consents to dismissal as described herein since it has determined that all terms of the parties' resolution are fair and reasonable, and has authorized the filing of this Stipulation.

A proposed Order that the parties respectfully request be entered by the Court is attached as Exhibit "A."

Dated: November 7, 2025                                         Respectfully submitted,

/s/ Glenn Chappell
Glenn Chappell, VA Bar No. 92153
Tycko & Zavareei LLP
2000 Pennsylvania Ave. NW, Suite 1010
Washington, DC 20006
Telephone: (510) 588-5299
Facsimile: (202) 973-0950
Email: gchappell@tzlegal.com

Patricia D. Ryan
Virginia Bar No. 35945 (EDVA – Admitted)
6106 Harvard Ave., PO Box 633
Glen Echo, Maryland 20812
Telephone: (240) 481-6284
Email: patriciaryan@pdrlaw.com

James E. Miller
Miller Shah LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
*Admitted Pro Hac Vice*

Bruce D. Parke
Miller Shah LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: bdparke@millershah.com
*Admitted Pro Hac Vice*

Rachel V. Rose – Attorney at Law, PLLC
P.O. Box 22718
Houston, Texas 77227
Telephone: (713) 907-7442
Email: rvrose@rvrose.com
*Admitted Pro Hac Vice*

**Attorneys for Plaintiff-Relator**

/s/ Jason M. Crawford
Jason M. Crawford, VA Bar No. 83781
Amy Laderberg O'Sullivan, VA Bar No. 44267
Agustin D. Orozco (admitted *pro hac vice*)
Jessica Longoria (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
JCrawford@crowell.com
AOSullivan@crowell.com
AOrozco@crowell.com
JLongoria@crowell.com

**Attorneys for Engineered Structures Inc.**

3

LINDSEY HALLIGAN
United States Attorney


By: /s/ Gerard Mene
Assistant United States Attorney
Counsel for the United States
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel. 703-299-3777
Fax: 703-299-3983
Email: Gerard.Mene@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

/s/ Glenn Chappell
Glenn Chappell
