IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* KAREN BLOOMFIELD, <br><br> *Plaintiff-Relator*, <br><br> v. <br><br> ENGINEERED STRUCTURES, INC., <br><br> *Defendant*. | Civil Action No. 1:22-cv-00789-DJN-IDD |

### PLAINTIFF-RELATOR'S MOTION FOR SETTLEMENT APPROVAL

Pursuant to the Court's October 21, 2025 Order, ECF No. 139, and pursuant to 31 U.S.C § 3730(d)(2), Plaintiff-Relator, Karen Bloomfield ("Relator"), hereby moves for the Court's approval of the agreed-upon settlement, the agreed-upon Relator share percentage, and the agreed-upon attorney's fees and litigation expenses for the reasons set forth in the accompanying memorandum of law.

Defendant and the United States consent to the relief sought in this Motion.

| | |
|---|---|
| Dated: November 7, 2025 | */s/ Patricia D. Ryan* <br> Patricia D. Ryan <br> Virginia Bar No. 35945 (EDVA – Admitted) <br> 6106 Harvard Ave., PO Box 633 <br> Glen Echo, Maryland 20812 <br> Telephone: (240) 481-6284 <br> Email: patriciaryan@pdrlaw.com <br><br> Glenn Chappell, VA Bar No. 92153 <br> Tycko & Zavareei LLP <br> 2000 Pennsylvania Ave. NW, Suite 1010 <br> Washington, DC 20006 <br> Telephone: (510) 588-5299 <br> Facsimile: (202) 973-0950 <br> Email: gchappell@tzlegal.com |

James E. Miller
Miller Shah LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com

Bruce D. Parke
Alec J. Berin
Miller Shah LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: bdparke@millershah.com
       ajberin@millershah.com

Anna K. D'Agostino
Madison A. Gregg
Miller Shah LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com
       magregg@millershah.com

Rachel V. Rose – Attorney at Law, PLLC
P.O. Box 22718
Houston, Texas 77227
Telephone: (713) 907-7442
Email: rvrose@rvrose.com

*Attorneys for Relator*

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2025, I electronically filed the foregoing along with the accompanying memorandum of law with the Clerk of Court using the CM/ECF system, which will send electronic filing to all counsel of record.

                                              */s/ Patricia D. Ryan*
                                              Patricia D. Ryan