IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **KAREN BLOOMFIELD,**<br><br>*Plaintiff-Relator*,<br><br>**v.**<br><br>**ENGINEERED STRUCTURES, INC.,**<br><br>*Defendant*. | Civil Action No. 1:22-cv-00789-DJN-IDD |

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. §3730(b)(1), and pursuant to the terms of the settlement agreement between Plaintiff-Relator, Karen E. Bloomfield ("Relator), Defendant, Engineered Structures, Inc. ("Defendant" or "ESI"), and the United States of America (the "United States") that resolves all claims asserted by Relator in this action, and upon consideration of the Motion for Settlement Approval and the supporting Memorandum of Law, it is hereby **ORDERED** as follows:

1.  As to the Relator, all claims that were asserted or could have been asserted in this action are hereby dismissed with prejudice.

2.  As to the United States, all claims asserted in this action and defined as the Covered Conduct in Recital C of the parties' Settlement Agreement are hereby dismissed with prejudice, and otherwise all other claims of the United States are dismissed without prejudice.

3.  The agreed-upon settlement is approved.

4.  The agreed-upon Relator Share percentage of 29.5% is approved.

5.  The agreed-upon amount of Relator's counsel's fees and expenses are approved.

1

6.  The Court retains jurisdiction to enforce the terms of the Settlement Agreement and Side Agreement as detailed in the Stipulation of Dismissal and as agreed upon by the parties.  *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

**IT IS SO ORDERED.**

BY THE COURT:

_____
David J. Novak
United States District Judge